# EXHIBIT 5



### GLO Science Tooth Shade Guide
Congratulations! You now own your own GLO Brilliant Teeth Whitening Device. Use this shade guide to measure your shade and track your whitening success.

Whitening Start Date: ___/___/___