# EXHIBIT 6

## Shade Guide Comparison

| VITA Guide  | OM1 | OM2 | OM3 | 1M! | B1 | A1 | B2 | D2 | A2 | C1 | C2 | D4 | A3 | D3 | B3 | A3.5 | B4 | C3 | A4 | C4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLO Science | *Bleach shades* | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| SmileActives | | | | | | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 |