# EXHIBIT 7

# Smileactives ProLite Teeth Whitening Device Duo on QVC

# December 19, 2017 (Date published on YouTube.com)

| | | |
|---|---|---|
| Speaker 1: | 00:00 | ... this is. This is just the cool way that you power this. And what is this? Well, for starters, this, you're getting a two-for of. Let me be clear. This is kind of like a BOGO, a buy one get one. You're going to get two silicone universal size LED light-powered mou- mouth pieces. You're going to get two carry and storage cases, two adapter plugs for charging the device, two adapters for, depending on if you're plugging it into an Android, or an iOS, and then two sets of whitening pens. You get two complete collections seen here, one comes in the box, and the other comes in a box. It's a total buy one get one of teeth whitening that is clinically proven to work, and Dr. Wachs, seven days- |
| Dr. Wachs: | 00:52 | Seven days. |
| Speaker 1: | 00:53 | ... on everybody. |
| Dr. Wachs: | 00:54 | Every single person in our study had whiter teeth. |
| Speaker 1: | 00:56 | Everybody in the study. All right, let's start with some of the basics, we only have 900 to go around. There is no other order, this is it, there is no re-order. Um, we are debuting free shipping and handling on this, however, if you want to get it in there in time for gifting, if you know someone on your list, who is in the new year quitting smoking, in the new year, getting their braces off, in the new year, just wants to take one step in torms of- in terms of feeling better about themselves, maybe going on job interviews, maybe starting the dating thing again, this is a great way to give them really the power of confidence. |
| Speaker 1: | 01:29 | Here is the value, and this is why I call it basically a buy one get one. 'Cause for $109 you're getting a two-pack, that's worth 173. And then of course, if you had to pay shipping, and tax, well, we'd pretty much be up to a buy one get one. And in this case, this is the last time this year this item is going to be on air. So I'm going to let Dr. Wachs, who actually is a clinical dentist, she specializes in teeth whitening, that's largely all she does. Dr. Was, what do we seeing? Why are people plugging this weird mouth piece into a computer? What are they doing? |
| Dr. Wachs: | 02:02 | So this is whitening right out of the box, no batteries, no charging, you are solely getting your power from any device, your iPhone, your i- um, your iPad, your computer, your wall plug, you- we're giving you every single adapt- adapter here, but |

|  |  |  |
|---|---|---|
|  |  | what you're doing, is you're taking your whitening pen, which you guys know, and love, our advanced formula, which we know, works amazing. |
| Speaker 1: | 02:22 | Yep. |
| Dr. Wachs: | 02:22 | But now, when we marry it and pair it to this LED light technology, you are making that whitening gel work faster, work harder, to give you the most beautiful whitening you can get at home. This is like getting professional strength whitening, but in the comforts of your own home. |
| Speaker 1: | 02:39 | And by the way, you do it twice a day. |
| Dr. Wachs: | 02:41 | Yeah. |
| Speaker 1: | 02:41 | The protocol is seven days. But if you need a little booster shot, six months down the road, or two years down the road, you still own the device. You're not going back to the dentists, you're not, any of that. And by the way, as well, you're getting two full sets. Keep one, gift one. |
| Dr. Wachs: | 02:56 | Yep. |
| Speaker 1: | 02:56 | You put the mouth piece in, you turn it on twice a day. How long is the protocol? |
| Dr. Wachs: | 03:00 | So it's going to turn on for 16 minutes. After 16 minutes it's going to turn off, you can use it consecutively, just rinse it out and reapply the gel, and do it again, twice a day, for seven days. If you have really dark teeth, you can use it up to four times a day, for up to two weeks. But after, most people, after that one week, most people are going to have beautiful cleaner, brighter teeth. And again, you can use that second pen ... So you're getting two full sets, so you're getting two mouthpieces, four pens, two in each, you can keep that second pen, like you normally do, and just brush it on- |
| Speaker 1: | 03:31 | As a touch up. |
| Dr. Wachs: | 03:31 | ... the teeth, wherever, whenever like you normally do. Um, you know, you're only deciding if you want our original mint, or our Winterberry, they both taste delicious. |
| Speaker 1: | 03:39 | Winterberry is very limited, fewer than 200 to go around. This is the animation, the little cartoon animation- |

| | | |
|---|---|---|
| Dr. Wachs: | 03:45 | Yeah. |
| Speaker 1: | 03:46 | ... of how all of this works. So you start with the clinical advanced gel. |
| Dr. Wachs: | 03:50 | Yes. |
| Speaker 1: | 03:50 | Which has the whitener in it. |
| Dr. Wachs: | 03:51 | Yes, and that's really what's going to remove the stains, but then when you add the 16 LED lights, it is making that whitening gel work harder, work faster, it's weakening those stains. We chose these LED lights 'cause they're specifically best absorbed by yellow tooth stains, to give you this cleaner, younger, whiter, and brighter smile in seven days, taking that whitening- |
| Speaker 1: | 04:12 | How many shades? How many shades? |
| Dr. Wachs: | 04:12 | ... to a whole new level. Up to 12 shades brighter. |
| Speaker 1: | 04:15 | In seven days? |
| Dr. Wachs: | 04:16 | In seven days. On average, 7.7 shades, but up to 12 shades brighter. And you can see, look in that right front tooth. There's a stain at the gum line. In the after, it's gone, and you're still doing that targeted whitening that you know and love from our SmileActives pens, but now you're doing photo targeting, so that light is wor- is making that gel work harder and more effectively. And you can see in this before, her teeth are yellow, they're dingy, but in the after, they just look younger, healthier, years of staining are coming off her teeth. And this is from ... You know your teeth get stained from everything we eat. |
| Dr. Wachs: | 04:46 | You know, this time of year you're having blueberry pie, ketchup, soy sauce, a lot of red wine, you can still eat and drink whatever you want, because ever- 'cause by using this after seven days, your teeth are going to be sparkling white. And then by using the pen every single day after that, you're going to keep that pe- that teeth brighter, and healthier, and it's going to be so amazing. |
| Dr. Wachs: | 05:05 | And I want to say on this photo, look at this before, and look at this after. She has that stain on that front right tooth. She was born with that stain, that's Madison. So you can see from using this twice a day, for seven days, the stain is gone. So this is not only just going to get those surface stains, it's going to get those |

| | | |
|---|---|---|
| | | deep stains, that you may have had for years, and that you may have even been born with. |
| Dr. Wachs: | 05:26 | In the study that I performed, 100%, every single person had clinically measured whiter teeth. And some participants reported whiter teeth in as little as one day. And then that same study, the average shade change was 7.7 shades in seven days, with a maximum shade of 12 shades in seven days. And the majority of participants reported zero sensitivity at all, which we always say is the biggest complaint that I get in my teeth whitening practices from other teeth whitening systems out there. No sensitivity guys. |
| Dr. Wachs: | 05:58 | You are marrying our whitening pens, with this LED technology, taking that whitening to a whole new level. And you are going to have this forever. This light lasts up to 50,000 hours, so if I did the math, it's hundreds and hundreds of years. So you're never going to need to get another one. So you're getting two, keep one, gift one, you know, save it for someone that's graduating in a few months. I mean, they are going to love this. You're getting a beautiful, brighter smile and it's so easy. |
| Dr. Wachs: | 06:24 | You can be using this anywhere, anytime. While you're doing dishes, while you're jogging, while you're wrapping presents, while you're singing and dancing, like you were yesterday (laughs) as I was watching you on TV. Anytime, anywhere, you're not adding any time into your schedule. |
| Speaker 1: | 06:40 | And then- |
| Dr. Wachs: | 06:41 | (laughs) |
| Speaker 1: | 06:42 | ... if you would like the Winterberry, that is the most limited. There are only two dozen left in Winterberry. |
| Dr. Wachs: | 06:48 | Oh wow. |
| Speaker 1: | 06:49 | This is going to be our vanilla mint, we only have 500 left there. What you are getting, what you are getting is a two-for. You're getting two mouthpiece devices, two storage or carry cases for those devices, and all of the adapters needed to charge your two devices. They actually come like this- |
| Dr. Wachs: | 07:09 | Mm-hmm (affirmative). |
| Speaker 1: | 07:09 | ... in an amazing SmileActives zippered storage pouch, or- |

| | | |
|---|---|---|
| Dr. Wachs: | 07:13 | It's beautiful. |
| Speaker 1: | 07:14 | ... or, uh, case, you get two of these, two of these systems. So keep one, gift one. This is the, not only last day, Winterberry just sold out, that this is going to but be on air this year. This is, by the way, the only order we have for the year. It is not coming back, 'cause the price, $173, with re- which represents how much we're bringing you, is actually 109. And today, we also decided to debut free shipping on this, but if you add $3, we will guarantee that it gets there in time for Christmas, which otherwise just with standard free shipping you won't. |
| Speaker 1: | 07:46 | Now we're showing you on the screen how you use it. You can plug it in with the adapter to the wall to power it. You can plug it into your phone, to a tablet, to a computer to charge it. It is a twice a day, for seven days, 16 minute every time you put it in your mouth protocol, that then, Dr. Wachs, on your screen, the pictures, in seven days, how much whiter did people get? |
| Dr. Wachs: | 08:10 | On average, 7.7 shades, and up to 12 shades. Now when you use the pen alone, you're going on average six shades. So when you now take it with the LED light, up to 12 shades brighter in seven days, 32, uh, sorry, the 32 minutes for one week, and there's 50 applications in this pen. So this is going to last you for three weeks of treatment, if you were doing it three weeks in a row. Um, you can see in this front tooth, sh- that tooth had trauma to it, that front right tooth, she was able to do targeted whitening, photo-targeting, spend extra times per day just on that tooth, and look what's happened, it's all even, and you can't do that with your trays, with your strips. |
| Dr. Wachs: | 08:46 | This you could do because of the pen delivery system. This, I love, because this is a bonding. You can see in that front tooth, she has a stain. She has a bond that she's for years over time, the coffee, the tea, it built up the stains, but look what happens, in the after, it all looks even. It looks cleaner. It's amazing. |
| Dr. Wachs: | 09:03 | I want to show- if we could go to Stacy just for a quick second- |
| Speaker 1: | 09:05 | Sure. |
| Dr. Wachs: | 09:05 | ... I really just want to show how easy this is to use I mean, and to get these fabulous results. So the first thing you're going to do, is you're going to decide what device you're going to plug it into. She's using her iPhone, you plug it in, it's all ready. She simply just brushes it on her teeth. Spend a few seconds going from tooth to tooth, and as soon as she's done applying it, what |

|  |  |  |
|---|---|---|
|  |  | she's going to do, she's going to take the, the mouthpiece, which is nice and soft, and flexible, it's not emitting any heat, she puts it in her mouth, she pushes the button, it's on a 16 minute timer, after 16 minutes, she's done with one session, she's going to do that twice a day for seven days, and she's going to get beautiful, brighter teeth in as little as one day. |
| Speaker 1: | 09:43 | And, you know, of course this is the big trend in teeth whitening as Dr. Wachs knows, 'cause it's frankly all she does in her practices. This idea of complimenting already advanced grade whitening gel, with LED light, it's like baking in the white. Um- |
| Dr. Wachs: | 09:57 | And this is what I do in my practice all day long. So now we're giving it to you to use at home. |
| Speaker 1: | 10:01 | We started with a thousand, we have now 100, 200 left, and they're both, uh, or the 200 we have remaining are in that, uh, vanilla mint thanks Dr. Wachs. |
| Dr. Wachs: | 10:11 | Thank you. [crosstalk 00:10:13] |
| Speaker 1: | 10:12 | All right guys so listen, coming up, the Christmas cookies that I had made for an amazing big shop here in Philly that I'm going to share. However, I do want to share with you the Killinger family Christmas photo. Here it is. I will tell you that we were at Longwood Gardens, which was a pretty amazing place that if you are at all in the local ... |