# EXHIBIT 10

| | | |
|---|---|---|
| 1 | Host: | [0:00] ...is an incredible brand when it comes to teeth whitening. This is their first ever Today's Special Value and it's really the launch of their smileactives Pro Lite LED technology. You've never been able to buy that yourself and use it in your own home yet it is really technology that's used in the dentist office. You're also getting their advanced pens. In just the advanced pen, we have sold over 275,000 and it's because you get teeth whitening, you get it fast, you get it convenient, you get it easy but now more than ever you're going to get even whiter teeth in even faster time. So normally the comparable retail value, $100, $99.99. Your price today, a $40 difference, its $59.94. Your easy pay, you have 5 months to pay for the whole kit that you're looking at, and the easy pay is as little as $11.99. Some people see whitening in as little as one day and the average, thanks to the Pro Lite device, being paired up with the advance pens, many people are getting seven shades whiter in just seven days. So, here's everything you get, you're going to get your pens, you're going to get four pens total and then you're also going to get, of course, the Pro Lite and it plugs into your phone. So, when you're checking out Instagram, when you're doing some posting on Facebook, reading your emails or just sitting there watching TV and your phone's to next to you, you're able to whiten your teeth even faster. Here's all the adapters for those of you who do not wish to use this with cell phone. We are able to plug it into the wall and then you're going to get a case to carry it all in, and then I really would just love to draw your attention down here one more time, because here's the chart, and follow along with me. If we can go all the way down to the highest number, if you are at a shade 29 right now – one, two, three, four, five, six, seven – look at number 15. In just about a week's time, using this entire system, two times a week, you're going to be down there by number 15, and it doesn't stop, it keeps going. But you tell me, do you want number 29 or number 15, and here to tell you all about it, is a famous dentist. She's not just famous around here, she's famous for whitening people's teeth. This is her specialty. Her name is Dr. Barbara Wachs, she's based out of New York City. She's probably whitened more teeth than any other dentist in our country, this is what she is responsible for, making people have pearly whites so they look younger, they feel healthier and they get lots and lots of compliments. So, Dr. Wachs, this is incredible because until today, this technology has only been found in the dentist office. |
| 36 | Dr. Wachs: | [2:46] Exactly. This is the newest innovation in teeth whitening at home. We're taking a whitening science, chemistry that you get in the dental office, combined with a technology, an LED technology, and we're pairing that together to give you the best at home whitening. You're using our advanced formula pens, which many of you have used before. It has 40% more of our active ingredient. Our scientists were the first people to come up with whitening in a pen delivery system, where you literally twist this and that advanced formula comes out. When you get your teeth whitened in my dental practices, and doing the one hour teeth whitening, it's using an LED light technology, which our scientists were the first people to pioneer. Now we're taking both of these, the science, the delivery system and the technology of this LED light marrying them to give you the best at home whitening that you can get outside the dental office with results in one day and with no sensitivity, guys. No sensitivity. |
| 50 | Host: | [3:39] And you know, I just want to correct myself, I knew and thought you got two pens but I saw four out here so I thought I was incorrect. I just want to make |

|    |            |    |
|----|------------|----|
| 52 |            | sure, you do get to pens. It's a choice, so we put all of them out, so you could see |
| 53 |            | that there's a choice in flavors. You can either get Vanilla Mint or if you prefer you |
| 54 |            | can do Winterberry. Either way, it leads to beautiful pearly whites. |
| 56 | Dr. Wachs: | [3:59] So I mean, so it's easy, it's so amazing. The gel is going to do the work and then when you add this LED light, it's going to accelerate and boost that whitening result to give you on average 7.7 shades, up to 12 shades together. When you use the pen alone it's on average 6 shades, but together, up to 12 shades. This is making the whitening gel work faster, it's weakening the stains, it's so easy, and again, you're just plugging this in to whatever you want. We're giving every single adapter. It comes with an Android adapter, an iPhone adapter, a USB adapter cord to plug to your computer, or a wall plug, and we're giving you all of them so you can be whitening wherever, whenever, we're not adding any time to your routine. You could be watching TV, walking the dog, it's easy, it's so simple. |
| 67 | Host: | [4:45] Host: [4:45] Well you know, we actually have a video, don't we? |
| 69 | Dr. Wachs: | [4:47] Yes. |
| 71 | Host: | [4:48] I'm going to apply my gel, and I'm going to start using this, but we've got a great video. I'd actually would love to show the one, well we can show this first. Tell me what we're seeing here. |
| 75 | Dr. Wachs: | [4:55] So basically this is the science, the technology. So, that advanced formula gel, it's a water-based bio-adhesive gel, so it sticks to the teeth, that's placed on the teeth. The LED light is put on your teeth, turned on, and those 16 LEDs, what they're doing, they're being absorbed by these yellow tooth stains, weakening the stains, so that this gel can work faster, work harder, there's no heat and it's just removing those stains and those deep, deep stains that you could just not get from brushing alone and from whitening alone, this LED light is taking the whitening to a whole new level. Look how crazy that is [referring to host demonstrating the product]. |
| 85 | Host: | [5:26] So, faster. I mean, it's really easy. I have my iPad down here. I usually tend to plug it in, as I spit all over you, in my phone because I'm not going to lie, I'm a little obsessed with Instagram lately, and I just read my emails. It only takes 16 minutes. |
| 90 | Dr. Wachs: | [5:40] Yeah, so you're going to use this for 16 minutes, twice a day, for 7 days, and that is going to get you beautiful, gleaming, amazing white teeth. And then we're giving you that second pen because you can use this, like you normally do, if you've used our pens, for maintenance. Anywhere, anytime. If you're not using the LED light, you brush it on, and you just don't eat or drink for 20 minutes. And then you can repeat this one week system, the twice a day, for a week, every three months, but then you're going to maintain with the pens in between because everything that we eat that can stain a white t-shirt can stain our teeth. So, it's not just the coffee, the tea, the red wine, if you're a smoker, it's the blueberries, it's the cheese doodles, it's the orange juice. Constantly every day we're staining our teeth, so we've made it simple, took away all the complications, able to get you that dentist-like, professional-like whitening at |

| | | |
|---|---|---|
| 102 | | home using the same technology, the same science that I use in my practices, to |
| 103 | | give you your best whitening that you've ever seen. |
| 104 | | |
| 105 | Host: | [6:37] And you know, guys upstairs, I know Dr. Wachs and I wanted to show |
| 106 | | everyone how easy it is, so there's like this great video of just people lounging on |
| 107 | | their sofa. Not making a dentist appointment, and with no offense Dr. Wachs, |
| 108 | | spending how much money? I mean, hundreds, thousands depending on how |
| 109 | | dark your teeth are. |
| 110 | | |
| 111 | Dr. Wachs | [6:52] Yeah, you could come to me and spend hundreds and hundreds of dollars, |
| 112 | | but we're giving you that same technology, that same science to use continually. |
| 113 | | You're going to have this forever, and look how easy [referring to video being |
| 114 | | played on air] he's on the computer, you could be walking your dog, you could be |
| 115 | | blow drying your hair, you could be at the gym, you could be in the car, the |
| 116 | | possibilities are endless. You can use this anywhere, anytime. I personally use |
| 117 | | mine either while I'm blow drying my hair, or I'm a mom of two, I'm busy, I work, I |
| 118 | | travel here to QVC, I also use it at night, I sit in bed, watch TV, a lot of times it's |
| 119 | | QVC I'm watching and I use my powered, uh, I use my Pro Lite, and then I rinse |
| 120 | | out and then I do a second time of the Pro Lite. So, I use it twice a day at the |
| 121 | | same time. So, you can use it consecutively. |
| 122 | | |
| 123 | Host: | [7:35] And I find that I like to sit and use mine, I'm not a good multi-tasker. And |
| 124 | | so, I just love, I grab the phone and I literally will just play on my phone for the 16 |
| 125 | | minutes or we're back into House of Cards. Sorry QVC, but I've been watching |
| 126 | | House of Cards for like the past week. So, then it doesn't you know, it doesn't |
| 127 | | take long at all. But let me just quickly show you what you get, because today's |
| 128 | | the only day to get it for that $40 price difference. That comparable retail value - |
| 129 | | $100! This is what you want! The pens alone are great. They do get your teeth |
| 130 | | whiter, we have taken over 275,000 orders. But are you in a rush, is vacation in |
| 131 | | August? Is back to school upon you? Are you sick and tired of feeling old? Did |
| 132 | | you quit smoking? Are you ready to look more impressive as you go into work? |
| 133 | | As you go into the dating scene. This will get you there, faster. So, this is the big |
| 134 | | deal, and you're also going to get two of the pens. Either, Vanilla Mint or |
| 135 | | Winterberry, and then the best part about this device is it doesn't cost hundreds |
| 136 | | to go to the dentist, it doesn't need an appointment. These are all the adapters so |
| 137 | | you can use this while using your phone, you can use this while sitting and doing |
| 138 | | work or reading or doing TV or walking. Because your phone means that you're |
| 139 | | not tied to a wall anymore, and now you're not tied to just having to whiten simply |
| 140 | | in the bathroom. |
| 141 | | |
| 142 | Dr. Wachs: | [8:54] Exactly. |
| 143 | | |
| 144 | Host: | [8:55] So, $59 versus $99. The easy pay is awesome, $12 payment plan. But let |
| 145 | | me show you that value on the screen before we show you some more before |
| 146 | | and after's. Normally, $99.99. Only today, and we're moving into evening time, |
| 147 | | we've got people coming home from work any minute, so grab it while we have it |
| 148 | | and use your payment plan. And here's the before and after's. I mean, Dr. |
| 149 | | Wachs, an average of 7 shades whiter in 7 days. |
| 150 | | |
| 151 | Dr. Wachs: | [9:17] I know, 7.7, and up to 12 shades. I mean, look at the before [referring to |
| 152 | | before and after photos on air]. They're yellow, they're dingy. What I love about |

| | | |
|---|---|---|
| 153 | | the system is that you're doing that targeted whitening that you know and love |
| 154 | | from our whitening pens. So, you're painting the gel wherever you want. It's not |
| 155 | | going to ooze all over like traditional trays. When normally, traditional trays you |
| 156 | | put the gel in the tray, you put it in your mouth, it oozes all over. You're not going |
| 157 | | to get that. But then, that light is doing photo-targeting. Photo-technology is |
| 158 | | taking that whiteness to a whole new level. It's allowing that whitening gel to get |
| 159 | | into the enamel and that underlying dentin, those stains that have been there for |
| 160 | | years and years. And I want to stop on this photo for a second. |
| 161 | | |
| 162 | Host: | [9:54] Okay, please. |
| 163 | | |
| 164 | Dr. Wachs: | [9:55] Um, this is Madison. She was born with that tooth, that yellow stain. |
| 165 | | Something happened [interrupted by host] … |
| 166 | | |
| 167 | Host: | [9:59] Top right, in case you didn't notice it. I don't want to call attention to it, but I |
| 168 | | noticed it right away. |
| 169 | | |
| 170 | Dr. Wachs: | [10:04] Yeah, so, she was really upset. Something happened while the tooth was |
| 171 | | developing, and, you know, while she was a kid, and this is what her teeth look |
| 172 | | like. She's 28 years old, she came in, she used to Pro Lite system twice a day for |
| 173 | | a week, and it is disappearing, which is amazing. It's going to get rid of those |
| 174 | | deep stains, again not just those surfaces stains of the things that you've eaten. |
| 175 | | Get rid of those stains that you've had for years and years, and ones that you |
| 176 | | may have even been born with. It's so easy, it's so amazing, getting that dentist |
| 177 | | quality-like whitening, but at home. And then here, this is an example of a tooth |
| 178 | | that, her teeth are not bad, they're actually pretty straight and they're pretty white, |
| 179 | | but in the after, they're even whiter, and that's what I found. My teeth are very |
| 180 | | white from all the Smileactives products that I use, but when I started using the |
| 181 | | Pro Lite system, I promise you my teeth got whiter. The whitest that I've ever |
| 182 | | seen from doing whitening at home. It's so easy, it's so amazing, and again, |
| 183 | | taking the science, this technology that we pioneered, our scientists created the |
| 184 | | first in-office teeth whitening with an LED light, we created the first whitening in a |
| 185 | | pen delivery system. You're getting this game changing next generation |
| 186 | | whitening, at home, to give you this beautiful, brighter smile. And you all know, it |
| 187 | | makes us feel prettier, it makes us feel younger, um, we feel healthier, we feel |
| 188 | | more confident. Your smile is the first thing that people notice, it's our best |
| 189 | | accessory. You know, we're taking care of our skin every day, our neck every |
| 190 | | day, you don't want to not take care of your teeth every day. I mean, it's the |
| 191 | | easiest anti-aging device, and easiest anti-aging way to make yourself look |
| 192 | | prettier, and just look younger. |
| 193 | | |
| 194 | Host: | [11:39] Well, and I think too the big key word with this is fast. |
| 195 | | |
| 196 | Dr. Wachs: | [11:41] Exactly. |
| 197 | | |
| 198 | Host: | [11:42] So there's other things that you can probably find in other stores and |
| 199 | | spend some money on, and you might notice a difference in 30 days. I don't |
| 200 | | know about you but I want to get it home and I want to see an immediate wow. |
| 201 | | Some users have told us they notice a difference after the first use. And look at |
| 202 | | this study, because we asked many people their thoughts, and measured a lot of |
| 203 | | them, and results are happening constantly with this device and the pens. |

| | | |
|---|---|---|
| 204 | Dr. Wachs: | [12:10] Yeah, it's amazing. I did the clinical study, and 100%, guys, every single person, had clinically measured whiter teeth and some participants reported whiter teeth in as little as 1 day, and in that same study, the average study, the average shade change was 7.7 shades brighter with a maximum shade of 12 shades in 7 days, 12 shades in 7 days and without that sensitivity, which is the biggest complaint with so many other teeth whitening systems. |
| 211 | Host: | [12:40] So, look, you can come to either my hand or Dr. Wachs' [directing the camera to zoom at one of them holding the Smileactives shade guide] but I'm not afraid to show you the worst-case scenario. So, if you are down here [shade 29], whether it's just because you now have looked into really taking care of trying to whiten your teeth, or you were a smoker, or you were constantly doing the red wine and then not brushing after, look at this. We can get you down seven – 1, 2, 3, 4, 5, 6, 7 - now 7.7 will linger somewhere between 13 and 15, but this is after one week using it twice. You can still go further and further down the line. And imagine if you're somewhere here in the middle, you're going to be a number 1, a number 2, or a number 3 in just a week's time. But today is the only day, and we're busy on the phone lines right now, 17,000 order placed, to get the device that makes it F.A.S.T. This is what you want. The pens will get you white, this [device] will get you whiter. The pens will get you white, this [device] will do it faster. So, normally $99.99, you're getting what can whiten your teeth and simply plug into a phone. But if you don't have a phone you get all the adapters. But why do you want to plug it into your phone? Because then you can get away from the wall. It's not, "ahh hey guys, I hear you screaming my name but I have to sit here in the restroom to whiten my teeth," instead it's, "wait! Don't hit play yet, I just have to grab my phone, grab my LED device, we sit there, we whiten our teeth, we watch TV. Fold laundry and whiten your teeth. Write an email and whiten your teeth. Drive to work, and as long as you don't mind that the person that hits the red light with you might give you a little double-take, because you do have a li-LED device in your mouth. But you can whiten and drive at the same time. So, no more time is not an excuse, and "oh gosh" I don't have the budget, a dentist appointment requires hundreds and hundreds of dollars. Look at your payment plan, $11.99. [Referring to product model] Deanna is getting stunning, pearly white teeth, so yes, she can still keep her modeling career, but yes, she looks dynamite in all those social media posts. So yes, everyone's thinking "is that girl 20? Or is she 21?" and I'm not going to tell you how old she is. I mean, there's just so many reasons to get whiter teeth, and this is the $12 way to do it. |
| 242 | Dr. Wachs: | [14:55] I mean, yes, and did you see how easy that was? Did you see, it took her five seconds to [video finishes] … |